IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Lance David Lewis : Chapter 7
      Debtor : Bankruptcy No: **17-16714**

O R D E R

AND NOW, this __6th__ day of __November__, 201_7_, upon review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED fifteen (15) days additional time in which to file the missing documents.  No further extensions will be granted.

By the Court:

_____
Honorable Ashely M Chan