United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lance David Lewis  
      Debtor

Case No. 17-16714-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Nov 06, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db          +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
        JEANNE MARIE CELLA    on behalf of Debtor Lance David Lewis paralegal@lawbsc.com, pennduke@gmail.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                 TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Lance David Lewis       :    Chapter 7
            Debtor              :    Bankruptcy No: **17-16714**

O R D E R

AND NOW, this __6th__ day of __November__, 201_7_, upon review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED fifteen (15) days additional time in which to file the missing documents. No further extensions will be granted.

By the Court:

_____
Honorable Ashely M Chan