Jeanne Marie Cella and Associates, LLC
By: Jeanne Marie Cella, Esquire
215 N Olive St, Ste 215
Media, PA 19063
Telephone: (610) 566-8500
Facsimile: (610) 566-4375                    Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lance David Lewis             :    No. 17-16714
               Debtor              :
                                    :    Chapter 7

**CERTIFICATION OF NO OBJECTION**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Notice of the filing of a Motion to Convert from Chapter 7 to Chapter 13 that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing. Counsel requests entry of an Order granting the said Motion.

**Jeanne Marie Cella and Associates, LLC**

**BY:** */s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: December 15, 2017