**Jeanne Marie Cella & Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                              Attorney for: Debtor

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Lance David Lewis**                    : Chapter 13
       **Debtor**                                        :
                                                         : Bky. No. **17-16714**

### O R D E R

AND NOW, this __19th__ day of __December__, 201_7_, upon consideration of the motion of the debtor herein to convert the above case from Chapter 7 to Chapter 13, and good cause appearing, it is hereby ORDERED that the above case be converted from a case under Chapter 7 of title 11 United States Bankruptcy Code to a case under Chapter 13 of said Code.

BY THE COURT:

_____
Honorable Ashely M Chan
United States Bankruptcy Judge