United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 17-16714-amc
Lance David Lewis                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2              Date Rcvd: Jan 31, 2018
                            Form ID: 309I          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
```
db            +Lance David Lewis,   330 Jennifer Drive,   Coatesville, PA 19320-2252
13992661      +Alltran Fin. LP,   Originally Credit One Bk.,   PO Box 610,   Sauk Rapids MN 56379-0610
13992647      +American Water,   800 W. Hershey Park Drive,   Hershey Park Pa 17033-2400
13992663     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
              (address filed with court: Continental Finance,   121 Continental Drive,,   ste 108,
                Newark, DE 19713)
13992650      +Caln Township/CTMA,   253 Municipal Drive3,   Thorndale, Pa 19372-1015
13992660      +Capital One/Client Services,   3451 Harry S. Truman Blvd,   St. Charles MO 63301-4047
13992672      +Consumer Portfolio Services,   19500 Jamboree Rd,   Irvine, CA 92612-2411
13992665       Diversified Consultants, Inc.,   PO Box 1391,   Southgate, MI 48195-0391
13992651      +Hidden Forest HOA,   PO Box 159,   Pequea, Pa 17565-0159
13992654       My Best Buy Visa Card,   PO Box 790441,   St. Louis MO 63179-0441
13992669       Office of Unemployment,   Compensation Benefits,   UI Payment Services,   PO Box 67503,
                Harrisburg, Pa 17106-7503
13992646      +PECO CSC,   2301 Market Street,   Philadelphia Pa 19103-1338
13992658       PLFFCS,   PO Box 62585,   Harrisburg, Pa 17106-2585
13992667       PPA City of Philadelphia,   Red Light Camera Program,   PO Box 597,   Baltimore, MD 21203-0597
13992671      +Pa Turnpike Commission,   PO Box 67676,   Harrisburg, Pa 17106-7676
13992644       Pacific Union Financial,   PO Box 655621,   Dallas, TX 75265-5621
13992673      +Portnoff Law Associates LTD,   2700 Horizon Drive, ste 100,   King of Prussia pa 19406-2726
13992657       Premier Bankcard, LLC,   PO Box 5508,   Sioux, Falls, SD 57117-5508
13992666       Progressive,   PO Box 7247-0311,   Philadelphia, Pa 19170-0311
13992652      +TriCounty Water Services Inc.,   3685 Leike Road,   Parkesburg, Pa 19365-1704
13992648      +Verizon Wireless Bankruptcy,   Administration,   500 Technology Drive ste 550,
                Weldon Spring, MO 63304-2225
13992656       Wawa Credit Card,   Po Box 6139,   Sioux Falls, SD 57117-6139
13992655       Zales/ Comenity Capital,   PO Box 183003,   Columbus, OH 43218-3003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: paralegal@lawbsc.com Feb 01 2018 02:17:06    JEANNE MARIE CELLA,
                Jeanne Marie Cella and Associates, LLC,   215 N Olive St, Ste 101,   Media, PA   19063
tr            +E-mail/Text: bncnotice@ph13trustee.com Feb 01 2018 02:18:19    WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg            E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:18:03    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 02:17:33
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2018 02:17:49    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 01 2018 02:17:38    United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13992659      +E-mail/Text: amscbankruptcy@adt.com Feb 01 2018 02:18:22    ADT Security Services,
                3190 S. Vaughn Way,   Aurora, CO 80014-3512
13992668      +E-mail/Text: clientrep@capitalcollects.com Feb 01 2018 02:18:25    Capital Collection Services,
                PO Box 150,   West Berlin NJ 08091-0150
14038192      +E-mail/Text: bankruptcy@consumerportfolio.com Feb 01 2018 02:17:44
                Consumer Portfolio Services,   Po Box 57071,   Irvine, CA 92619-7071
13992662      +EDI: RCSFNBMARIN.COM Feb 01 2018 02:08:00    Credit One,   585 E. Pilot Rd,
                Las Vegas, NV 89119-3619
13992645      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Feb 01 2018 02:19:51    Exeter Fiancne,
                PO Box 166008,   Irving, TX 75016-6008
13992664       EDI: AMINFOFP.COM Feb 01 2018 02:08:00    First Premier Bank,   PO Box 5524,
                Sioux, Falls SD 57117-5524
13992670      +EDI: IRS.COM Feb 01 2018 02:08:00    Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia Pa 19101-7346
14037286       EDI: Q3G.COM Feb 01 2018 02:08:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA   98083-0788
13992649       EDI: AISTMBL.COM Feb 01 2018 02:08:00    T-Mobile Bankruptcy Team,   PO Box 53410,
                Bellevue, WA 98015-3410
                                                                                              TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +WILLIAM C. MILLER, Esq.,   Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Jan 31, 2018
                               Form ID: 309I              Total Noticed: 38
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
            CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
             J100@ecfcbis.com
            JEANNE MARIE CELLA    on behalf of Debtor Lance David Lewis paralegal@lawbsc.com,
             pennduke@gmail.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lance David Lewis** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9751 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter   **7**   **10/2/17** |
| Case number: | **17–16714–amc** | Date case converted to chapter   **13**   **12/19/17** |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lance David Lewis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 330 Jennifer Drive <br> Coatesville, PA 19320 | |
| 4. | **Debtor's attorney** <br> Name and address | JEANNE MARIE CELLA <br> Jeanne Marie Cella and Associates, LLC <br> 215 N Olive St, Ste 101 <br> Media, PA 19063 | Contact phone 610–505–0541 <br> Email: paralegal@lawbsc.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Contact phone 215–627–1377 <br> Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br> Contact phone (215)408–2800 <br> Date: 1/31/18 |

**For more information, see page 2**

| 7. Meeting of creditors
Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 7, 2018 at 11:30 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**
**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
|---|---|---|
| **8. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**

**You must file:**
- a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or
- a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).

**Deadline for all creditors to file a proof of claim (except governmental units):**

**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/6/18**




**Filing deadline: 6/5/18**


**Filing deadline: 3/31/18** |
| | **Deadlines for filing proof of claim:**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.
If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 194.49 per month for 60 months. **The hearing on confirmation will be held on: 3/27/18 at 10:00 AM Location:Courtroom #5 – 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |