IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-16714-AMC |
| LANCE DAVID LEWIS, | Chapter 13 |
| Debtor, | |
| | Related to Docs. 41 and 42 |
| CONSUMER PORTFOLIO SERVICES, INC., Movant | |
| v. | |
| LANCE DAVID LEWIS and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 6th day of March, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. ) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. ) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Lance David Lewis
330 Jennifer Drive
Coatesville, PA 19320


and:

Jeanne Marie Cella, Esq.                  paralegal@lawbsc.com
William C. Miller                          mdc@ph13trustee.com
Office of the United States Trustee      ustpregion03.ph.ecf@usdoj.gov

                                              By: /s/ Keri P. Ebeck
                                              Keri P. Ebeck
                                              PA I.D. # 91298
                                              kebeck@bernsteinlaw.com
                                              707 Grant Street, Suite 2200
                                              Pittsburgh, PA 15219
                                              412-456-8112
                                              Fax: (412) 456-8120
                                              *Counsel for Consumer Portfolio Services, Inc.*