# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 17-16714-AMC

LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LANCE DAVID LEWIS

    330 JENNIFER DRIVE

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JEANNE MARIE CELLA
    215 N OLIVE ST,  STE 101

    MEDIA, PA 19063-

Date: 3/20/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee