IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LANCE DAVID LEWIS,<br><br>Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>Movant<br><br>v.<br><br>LANCE DAVID LEWIS and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>Respondents | Bankruptcy No. 17-16714-AMC<br><br>Chapter 13<br><br>Related to Doc. Nos. 41 and 42 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 41 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than March 21, 2018.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: March 22, 2018                      Respectfully submitted,

                                             By: /s/ Keri P. Ebeck
                                             Keri P. Ebeck
                                             PA I.D. # 91298
                                             kebeck@bernsteinlaw.com
                                             707 Grant Street, Suite 2200
                                             Pittsburgh, PA 15219
                                             412-456-8112
                                             Fax: (412) 456-8120

                                             *Counsel for Consumer Portfolio Services, Inc.*