UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    **BK. No. 17-16714**
**Lance David Lewis**                           :
                          **Debtor**            :    **Chapter No. 13**
                                                :
**Consumer Portfolio Service**                  :
                          **Movant**            :

## DEBTOR'S ANSWER TO CONSUMER PORTFOLIO SERVICE'S MOTION FOR RELIEF

Debtor, Lance David Lewis, by and through his attorneys, Jeanne Marie Cella and

Associates, LLC, answer Consumer Portfolio Service ("Movant's") Motion for Relief from the

Automatic Stay and respectfully represents the following:

1.      Defendant is without knowledge as to the truth of the assertion. Strict proof

required at trial.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Denied. Strict proof required at trial.

9.      Denied. Strict proof required at trial.

10.     Denied. Strict proof required at trial.

11.     Denied. Strict proof required at trial.

12.     Denied. Strict proof required at trial.

13.    Admitted.

14.    Admitted.

15.    Admitted.

16.    Averment does not require a response.

17.    Averment sets forth a conclusion of law.

18.    Averment sets forth a conclusion of law.

19.    Averment sets forth a conclusion of law.

20.    Averment sets forth a conclusion of law.

21.    Averment sets forth a conclusion of law.

22.    Averment sets forth a conclusion of law.

23.    Averment does not require a response.

24.    Denied as stated. Strict proof required.

25    Averment sets forth a conclusion of law.

26.    Denied as stated. Strict proof required.

27.    Denied as stated. Strict proof required.

28.    Debtor plans to cure the arrearage with finance company.

29.    Averment does not require a response.

30.    Averment does not require a response.

31.    Averment does not require a response.

**WHEREFORE**, the debtor respectfully requests that this Honorable Court deny Movant's

Motion for Relief from the Automatic Stay.


                                         Respectfully Submitted,
                                         **Jeanne Marie Cella and Associates, LLC**

                                         BY:___*/s/ Jeanne Marie Cella, Esq*___
                                                 Jeanne Marie Cella, Esq.
                                                 Attorney for Debtor
Dated: __March 22, 2018_____             215 N Olive St, Ste 101
                                                 Media, PA  19063
                                                 (610) 565-2900 Phone

# EXHIBIT "A"