# United States Bankruptcy Court
## Eastern District of Pennsylvania

In RE:  Lance Lewis                                  :  Case No:  **17-16714**
                                                     :
                                                     :
                                       Debtor        :  Chapter 13

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on **April 10, 2018**, a true and correct copy of Debtor's **Amended Plan and Amended Schedules I and J** were served upon the parties listed below, in the above captioned matter, in the manner listed below:

| | |
|---|---|
| William C Miller, Esquire<br>Chapter 13 Standing Trustee<br>1234 Market St<br>Philadelphia, PA 19107 | Electronic Mail |
| Lance Lewis<br>330 Jennifer Ct<br>Coatesville, PA 19320 | Electronic Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| Consumer Portfolio Services<br>PO Box 57071<br>Irvine, CA 92619 | First Class and Electronic Mail |
| Pacific Union Financial<br>7880 Bent Branch Dr, #100<br>Irving, TX 75063 | First Class and Electronic Mail |
| Creditors listed on Matrix | First Class and Electronic Mail |

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**

BY: _/s/ Jeanne Marie Cella, Esq._

Jeanne Marie Cella, Esquire
Attorney for Debtor