# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| LANCE DAVID LEWIS, | : CHAPTER 13 |
|     Debtor. | : |
| | |
| PENNSYLVANIA LAWYERS FUND FOR | : |
| CLIENT SECURITY, | : NO. 17-16714-AMC |
|     Movant, | : |
| | : |
| vs. | : |
| | : |
| LANCE DAVID LEWIS, | : 11 U.S.C. § 523 |
|     Debtor. | : |
| | : |
| WILLIAM C. MILLER, Esquire, | : |
|     Trustee. | : |

## ORDER

Upon consideration of the foregoing Motion, it is hereby ORDERED that the foregoing Motion to Extend Time to Object to Dischargeability of Debt is Granted.

**Date: May 10, 2018**

_____
Judge Ashely M. Chan