United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-16714-amc
Lance David Lewis                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 10, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
db         +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
        BRUCE JEFFREY WARSHAWSKY    on behalf of    PA Lawyers Fund for Client Security bjw@cclawpc.com,
         jhr@cclawpc.com;jametrano@cclawpc.com;jlaughman@cclawpc.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
         J100@ecfcbis.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority
         jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
        JEANNE MARIE CELLA    on behalf of Debtor Lance David Lewis paralegal@lawbsc.com,
         pennduke@gmail.com
        KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
         DMcKay@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                       TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| LANCE DAVID LEWIS, | : CHAPTER 13 |
|     Debtor. | : |
| | |
| PENNSYLVANIA LAWYERS FUND FOR | : |
| CLIENT SECURITY, | : NO. 17-16714-AMC |
|     Movant, | : |
| | : |
|     vs. | : |
| | : |
| LANCE DAVID LEWIS, | : 11 U.S.C. § 523 |
|     Debtor. | : |
| | : |
| WILLIAM C. MILLER, Esquire, | : |
|     Trustee. | : |

## ORDER

Upon consideration of the foregoing Motion, it is hereby ORDERED that the foregoing Motion to Extend Time to Object to Dischargeability of Debt is Granted.

**Date: May 10, 2018**

                                                      Judge Ashely M. Chan