# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lance David Lewis<br>                        Debtor<br><br>PACIFIC UNION FINANCIAL, LLC, its successors and/or assigns<br>                        Movant<br>      vs.<br>Lance David Lewis<br>                        Debtor<br><br>Christine C. Shubert Esq.<br>                        Trustee | CHAPTER 7<br><br>NO. 17-16714 AMC<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PACIFIC UNION FINANCIAL, LLC, which was filed with the Court on or about **March 13, 2018,** Document NO. 45.

                                                Respectfully submitted,

                                                **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                rsolarz@kmllawgroup.com
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                215-627-1322

May 23, 2018