IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> LANCE DAVID LEWIS, <br><br> Debtor, <br><br> CONSUMER PORTFOLIO SERVICES, INC., <br> Movant <br><br> v. <br><br> LANCE DAVID LEWIS and <br> WILLIAM C. MILLER, Ch. 13 Trustee, <br><br> Respondents | Bankruptcy No. 17-16714-AMC <br><br> Chapter 13 |

ORDER OF COURT

AND NOW, this 29th day of May, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay is GRANTED as to the interest of Consumer Portfolio Services, Inc., in the 2017 Jeep Patriot Utility 4D Sport 2.0L 14 VIN 1C4NJPBA6HD166576;

    b.    Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and

    c.    Consumer Portfolio Services, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is GRANTED

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge