**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LANCE DAVID LEWIS | Chapter 13 |
| Debtor | Bankruptcy No. 17-16714-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this <u>29th</u> day of <u>May</u>, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
215 N OLIVE ST,  STE 101

MEDIA, PA 19063-

Debtor:
LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320