United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16714-amc
Lance David Lewis                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 29, 2018
                        Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db             +Lance David Lewis,   330 Jennifer Drive,   Coatesville, PA 19320-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14038192       +E-mail/Text: bankruptcy@consumerportfolio.com May 30 2018 02:06:19
        Consumer Portfolio Services,   Po Box 57071,   Irvine, CA 92619-7071
                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
        BRUCE JEFFREY WARSHAWSKY    on behalf of     PA Lawyers Fund for Client Security bjw@cclawpc.com,
      jhr@cclawpc.com;jametrano@cclawpc.com;jlaughman@cclawpc.com
        CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
      J100@ecfcbis.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority
      jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        JEANNE MARIE CELLA    on behalf of Debtor Lance David Lewis paralegal@lawbsc.com,
      pennduke@gmail.com
        KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
      DMcKay@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
                                                                                                  TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-16714-AMC |
| LANCE DAVID LEWIS, | Chapter 13 |
| Debtor, | |
| CONSUMER PORTFOLIO SERVICES, INC., Movant | |
| v. | |
| LANCE DAVID LEWIS and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 29th day of May, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is GRANTED as to the interest of Consumer Portfolio Services, Inc., in the 2017 Jeep Patriot Utility 4D Sport 2.0L 14 VIN 1C4NJPBA6HD166576;

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and

c. Consumer Portfolio Services, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is GRANTED

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge