```
                           United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 17-16714-amc
Lance David Lewis                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW                 Page 1 of 2                  Date Rcvd: May 29, 2018
                              Form ID: pdf900                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db             +Lance David Lewis,    330 Jennifer Drive,    Coatesville, PA 19320-2252
13992661       +Alltran Fin. LP,    Originally Credit One Bk.,    PO Box 610,   Sauk Rapids MN 56379-0610
13992647       +American Water,    800 W. Hershey Park Drive,    Hershey Park Pa 17033-2400
13992663      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance,     121 Continental Drive,,    ste 108,
                Newark, DE 19713)
13992650       +Caln Township/CTMA,    253 Municipal Drive3,    Thorndale, Pa 19372-1015
13992660       +Capital One/Client Services,    3451 Harry S. Truman Blvd,    St. Charles MO 63301-4047
13992672       +Consumer Portfolio Services,    19500 Jamboree Rd,    Irvine, CA 92612-2411
13992665        Diversified Consultants, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
13992664        First Premier Bank,    PO Box 5524,    Sioux, Falls SD 57117-5524
13992651       +Hidden Forest HOA,    PO Box 159,    Pequea, Pa 17565-0159
13992654        My Best Buy Visa Card,    PO Box 790441,    St. Louis MO 63179-0441
13992669        Office of Unemployment,    Compensation Benefits,    UI Payment Services,    PO Box 67503,
                Harrisburg, Pa 17106-7503
13992646       +PECO CSC,   2301 Market Street,    Philadelphia Pa 19103-1338
13992658        PLFFCS,   PO Box 62585,    Harrisburg, Pa 17106-2585
13992667        PPA City of Philadelphia,    Red Light Camera Program,    PO Box 597,    Baltimore, MD 21203-0597
13992671       +Pa Turnpike Commission,    PO Box 67676,    Harrisburg, Pa 17106-7676
13992644        Pacific Union Financial,    PO Box 655621,    Dallas, TX 75265-5621
14077571       +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,     Irving, TX 75063-6046
13992673       +Portnoff Law Associates LTD,    2700 Horizon Drive, ste 100,    King of Prussia pa 19406-2726
13992657        Premier Bankcard, LLC,    PO Box 5508,    Sioux, Falls, SD 57117-5508
13992666        Progressive,    PO Box 7247-0311,    Philadelphia, Pa 19170-0311
13992649      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,     4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile Bankruptcy Team,     PO Box 53410,    Bellevue, WA 98015-3410)
14093024       +Township of Caln/Caln Township Municipal Authority,     c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
13992652       +TriCounty Water Services Inc.,    3685 Leike Road,    Parkesburg, Pa 19365-1704
13992656        Wawa Credit Card,    Po Box 6139,    Sioux Falls, SD 57117-6139
13992655        Zales/ Comenity Capital,    PO Box 183003,    Columbus, OH 43218-3003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 30 2018 02:06:32     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2018 02:06:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2018 02:06:23     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2018 02:02:23
                Exeter Finance LLC Department,    P.O. Box 165028,    Irving, TX 75016-5028
NONE            E-mail/Text: kpeifer@palawfund.com May 30 2018 02:06:14     PA Lawyers Fund for Client Security,
                PA Lawyers Fund for Client Security,    Pennsylvania Judicial Center,    P.O. Box 62585,
                Harrisburg, PA  17106-2585
13992659       +E-mail/Text: amscbankruptcy@adt.com May 30 2018 02:06:53     ADT Security Services,
                3190 S. Vaughn Way,    Aurora, CO 80014-3512
14062221       +E-mail/Text: csc.bankruptcy@amwater.com May 30 2018 02:06:53     American Water,    PO BOX 578,
                Alton IL 62002-0578
13992668       +E-mail/Text: clientrep@capitalcollects.com May 30 2018 02:06:56     Capital Collection Services,
                PO Box 150,   West Berlin NJ 08091-0150
14038192       +E-mail/Text: bankruptcy@consumerportfolio.com May 30 2018 02:06:19
                Consumer Portfolio Services,    Po Box 57071,    Irvine, CA 92619-7071
13992662       +E-mail/PDF: creditonebknotifications@resurgent.com May 30 2018 02:02:14     Credit One,
                585 E. Pilot Rd,    Las Vegas, NV 89119-3619
13992645       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 30 2018 02:02:32     Exeter Fiancne,
                PO Box 166008,    Irving, TX 75016-6008
13992670       +E-mail/Text: cio.bncmail@irs.gov May 30 2018 02:05:53     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia Pa 19101-7346
14094766       +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2018 02:06:15     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14059886       +E-mail/Text: bankruptcygroup@peco-energy.com May 30 2018 02:05:54     PECO Energy Company,
                2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14058882       +E-mail/Text: kpeifer@palawfund.com May 30 2018 02:06:14
                Pennsylvania Lawyers Fund for Client Security,    P.O. Box 62585,    Harrisburg, PA 17106-2585
14037286        E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 02:05:58
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14082872        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2018 02:10:12     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13992648       +E-mail/Text: wfmelectronicbankrupcynotifications@verizonwireless.com May 30 2018 02:05:49
                Verizon Wireless Bankruptcy,    Administration,    500 Technology Drive ste 550,
                Weldon Spring, MO 63304-2225
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: May 29, 2018
                              Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14048765        +E-mail/Text: bankruptcynotice@westlakefinancial.com May 30 2018 02:06:16
                  WESTLAKE FINANCIAL SERVICES,   4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES CA 90010-3847
                                                                                             TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Township of Caln/Caln Township Municipal Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
```
              BRUCE JEFFREY WARSHAWSKY    on behalf of    PA Lawyers Fund for Client Security bjw@cclawpc.com,
               jhr@cclawpc.com;jametrano@cclawpc.com;jlaughman@cclawpc.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Caln/Caln Township Municipal Authority
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JEANNE MARIE CELLA    on behalf of Debtor Lance David Lewis paralegal@lawbsc.com,
               pennduke@gmail.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LANCE DAVID LEWIS                                    Chapter 13

                    Debtor              Bankruptcy No. 17-16714-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ___29th___ day of ___May___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
215 N OLIVE ST,  STE 101

MEDIA, PA 19063-


Debtor:
LANCE DAVID LEWIS

330 JENNIFER DRIVE

COATESVILLE, PA 19320